DIAZ-RPR0012

Form 210A (10/06)

# United States Bankruptcy Court
FOR THE DISTRICT OF PUERTO RICO

In re LYDIA MARIA DIAZ-RODRIGUEZ    Case No. 07-06419-GAC
AKA: LYDIA M DIAZ

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| eCAST SETTLEMENT CORPORATION | FIA Card Services aka Bank of America |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
eCAST SETTLEMENT CORPORATION
P.O. BOX 35480
NEWARK, NJ 07193-5480

Court Claim # (if known): 7
Amount of Claim: 38,675.11
Date Claim Filed: 02/05/2008

Phone: 610-644-7800 (servicer)
Last Four of Acct #: 5144
Last Four of Alternate Acct #: 5144

Phone: 8004417048
Last Four of Acct #: 5144
Last Four of Alternate Acct#: 5144

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four of Acct#:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Alane A. Becket        Date: 05/27/2008
Alane A. Becket, Esquire, PA65451
Becket & Lee LLP, Attorney/Agent for Creditor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.§§ 152 & 3571.

MBN81702



**mbna**

MBNA America Bank, N.A.
Wilmington, Delaware 19884

(302) 453-9930
www.mbna.com

September 30, 2005

Bill of Sale

eCast
383 Madison Avenue
New York, NY 10179
ATTN: Thomas Choi

RE: Sale of Charged off Receivables-Forward Flow Settlement
Sale from September 2005.

    MBNA America Bank, N.A. (the "Seller"), pursuant to the terms, exclusions and provisions of the Purchase Agreement for Forward Flow Accounts dated as of January 31, 2005, as amended from time to time, between eCast Settlement Corp. (the "Buyer") and the Seller (the "Agreement"), for value received, without recourse, transfers, sells and assigns, to the Buyer, all right, title and interest in and to (i.) each of the Seller's charged-off, unsecured consumer credit card and line of credit accounts, identified in a computer file delivered herewith, with respect to which (x) the debtor of each account filed under Chapter 13 of the United States Bankruptcy Code and (y) the Eligibility Requirements as defined in the Purchase Agreement referred to below are met; and (ii.) all proceeds of such accounts (the "Accounts") after the Cut-off Date for this sale.

    Pursuant to this Assignment of Accounts, the Seller stipulates that the Buyer may file a proof of claim in the Chapter 13 proceeding with respect to each Account in the name of the Buyer on behalf of the Seller and its assigns.

    Each of the obligations of the Seller required to be performed by the Seller on or prior to the date hereof pursuant to the terms of the Purchase Agreement for Forward Flow Accounts dated January 31, 2005 between the Seller and eCast Settlement Corp. has been duly performed; and all representations and warranties of the Seller made under such Purchase Agreement are true and correct as of the date hereof.

Dated: <u>September 30, 2005</u>  MBNA AMERICA BANK, N.A.

By: _____
Name: Thomas J Feely Jr
Title: Vice President